UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ R. RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REEVE-WOODS EYE CENTER,<br><br>　　　　　Defendant. | No. 2:13-cv-429-JAM-EFB<br><br><br>ORDER |

　　　　On March 5, 2014, plaintiff filed a motion to compel defendant to provide further responses to plaintiff's Special Interrogatories, Set two. ECF No. 10. The motion was originally noticed for hearing on April 2, 2014. *Id*. On March 10, 2014, plaintiff re-noticed the hearing on her motion for April 9, 2014. ECF No. 11.

　　　　On August 12, 2013, the assigned district judge issued a Status (Pretrial Scheduling) Order, which provides that all discovery shall be completed by March 31, 2014. ECF No. 9 at 3. The order further provides that "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes related to discovery shall have been resolved by appropriate order if necessary, and, where discovery has been ordered, the order has been complied with." *Id*.

　　　　In light of the March 31, 2014 deadline, this court will have no authority to consider the motion to compel on April 9, 2014. While the parties may file a motion or stipulation to further

1

modify the pretrial scheduling order, that motion and/or stipulation must be heard and decided by the district judge. Accordingly, the motion to compel, ECF No. 10, is denied without prejudice and the April 9, 2014 hearing thereon is vacated.

    So Ordered

DATED: March 20, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE